UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION

IN RE: James J Armiak

Case Number: 05-68578-MBM
Chapter 13
Judge MARCI B. MCIVOR

## NOTICE OF UNCLAIMED DIVEDENDS

TO: CLERK OF THE COURT

The Trustee has attempted to deliver funds to the payee listed below in the course of administration of the estate. Having been unsuccessful in delivery of those funds, the Trustee has deposted those funds with the Clerk of the Court pursuant to 11 U.S.C. 347(a).

| Payee Name and Address | Transmittal Check Number to Clerk | Check Date | CheckAmount |
|---|---|---|---|
| Debtor Refund<br>JAMES J ARMIAK<br>14794 Poplar<br>Southgate, MI 48195 | 2536614 | November 17, 2009 | $0.99 |

Dated: November 18, 2009

/s/ David Wm. Ruskin

For the Office of the Chapter 13 Standing Trustee
David Wm. Ruskin
26555 Evergreen Ste 1100
Southfield MI 48076
(248) 352-7755